FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 07 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01694-BNB

MOORONIA AMERICAN NATION AL-AHZAB AL-SAFFAT,

    Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO,

    Respondent.

## ORDER DISMISSING CASE

Applicant, Mooronia American Nation al-Ahzab al-Saffat, acting *pro se*, submitted a "Writ of Habeas Corpus", a "Writ of Reparative", and a "Writ of Reparative Injunction" for filing on June 29, 2011. The documents did not include a civil action number. Although the documents are somewhat unintelligible, it appears that the Applicant intended to file these documents in Case No. 11-cv-01423-BNB, ***Mooronia American Nation al-Ahzab al-Saffat v. The People of the State of Colorado***, a pending action in this Court brought pursuant to 28 U.S.C. § 2254. This is because on June 6, 2011, Magistrate Judge Boyd N. Boland directed Applicant to cure deficiencies in 11-cv-01423-BNB by filing an Application for a Writ of Habeas Corpus on the Court-approved form. The documents filed on June 29 appear to be Applicant's attempt to cure the deficiencies in 11-cv-01423-BNB. As such, this new action was commenced in error. The Court, therefore, will dismiss the instant action without prejudice and instruct

the Clerk of the Court to file the documents from this case in Case No. 11-cv-01423-BNB.

To avoid additional confusion, Applicant is advised that he must include a case number on any documents he submits to the Court in the future. Accordingly, it is

ORDERED that the documents filed on June 29, 2011, in this action (Doc. Nos. 1, 2 and 3), are ordered filed in Case No. 11-cv-01423-BNB. It is

FURTHER ORDERED that the action is dismissed without prejudice and the Clerk of the Court is instructed to close the instant action.

DATED at Denver, Colorado, this 7th day of July, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01694-BNB

Muhammad Abdullah
Prisoner No. P01059061
Jefferson County Detention Center
PO Box 16700
Golden, CO 80402

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on July 7, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk